UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 25, 2010

No. 08-2036

COUNCIL TREE COMMUNICATIONS, INC; BETHEL NATIVE CORPORATION;
MINORITY MEDIA AND TELECOMMUNICATIONS COUNCIL,

Petitioners

v.

FEDERAL COMMUNICATION COMMISSION; UNITED STATES OF AMERICA,

Respondents

CTIA WIRELESS ASSOCIATION and T MOBILE USA INC,

Intervenor-Respondents (Per Clerk Order of 4/28/08)

(Agency Nos. 06-52/06-78/08-92)

Present: FISHER, HARDIMAN and STAPLETON, Circuit Judges

Motion by Petitioners for Correction of Clerical Errors in Opinion as follows:
    The correct name of counsel for Petitioners' firm is Lerman Senter PLLC -
        not Lerner Senter.
    The law firm for Petitioners' Amici Counsel, The Ghatt Law Group, LLC,
        was inadvertently omitted from the opinion.

/s/Tina Koperna
Case Manager (267) 299-4930

**O R D E R**

**The foregoing Motion is GRANTED.**

**By the Court,**

/s/ Thomas M. Hardiman
**Circuit Judge**

Dated: August 26, 2010
tmk/cc:

Dennis P. Corbett, Esq.
S. Jenell Trigg, Esq.
Robert B. Nicholson, Esq.
Robert J. Wiggers, Esq.
Laurence N. Bourne, Esq.
Ian H. Gershengorn, Esq.
Andrew G. McBride, Ews.
William T. Lake, Esq.
Jeneba Ghatt, Esq.
Joseph R. Palmore, Esq.
Elaine J. Goldberg, Esq.
Andrew G. McBride, Esq.
Jonathan E. Nuechterlein, Esq.
Thomas Gutierrez, Esq.
Carl N. Northrop, Esq.